UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY MAZZA, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ALBERTSONS COMPANIES, INC.,<br><br>　　　　　　　Defendant. | 1:23-cv-02470-JRR |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Each side shall bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:　December 28, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Sheehan & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　/s/Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　Spencer Sheehan
　　　　　　　　　　　　　　　　　　　　spencer@spencersheehan.com
　　　　　　　　　　　　　　　　　　　　60 Cuttermill Rd Ste 412
　　　　　　　　　　　　　　　　　　　　Great Neck NY 11021
　　　　　　　　　　　　　　　　　　　　Tel: (516) 268-7080

## Certificate of Service

I certify that on December 28, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

       /s/ Spencer Sheehan